IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

GLORIA HARRELL

    PLAINTIFF

V.                                                NO.: 05-2204 MID
                                                    JURY DEMANDED

NO. 1 USED CARS

    DEFENDANT

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held June 16, 2005. Present were James E. King, counsel for plaintiff, and Mark L. Hayes, counsel for defendant. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURE PURSUANT TO FED. R. CIV. P. 26 (a) (1): June 30, 2005.

JOINING PARTIES: August 16, 2005.

AMENDING PLEADINGS: August 16, 2005.

INITIAL MOTIONS TO DISMISS: September 16, 2005.

COMPLETING ALL DISCOVERY:   February 16, 2006.

    (a) DOCUMENT PRODUCTION: February 16, 2006.

    (b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: February 16, 2006.

    (c) EXPERT WITNESS DISCLOSURE (Rule 26):

        (1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION:

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-16-05



December 16, 2005.

(2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION:

January 16, 2006.

(3) EXPERT WITNESS DEPOSITIONS: February 16, 2006.

FILING DISPOSITIVE MOTIONS: March 16, 2006.

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last two to three day(s). The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a) (1) A), all motions, except motions pursuant to Fed.R.Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have/have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

*[signature]*
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

DATE: June 14, 2005

ESKINS, KING & SEVIER, PC.

By: *James E King by MLH w/ permission*
James E. King 021219
Attorneys for Plaintiff
50 North Front Street, Suite 770
Memphis, TN 38103
(901) 578-6902

WILKERSON GAULDIN HAYES & JENKINS

By: *[signature]*
Mark L. Hayes 009988
Attorneys for Defendant
P.O. Box 220
Dyersburg, TN 38025
(731) 286-2401

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02204 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Mark L. Hayes
WILKERSON GAULDIN & HAYES
112 West Court St.
Dyersburg, TN 38025--022

William Lewis Jenkins
WILKERSON GAULDIN & HAYES
112 West Court St.
Dyersburg, TN 38025--022

Honorable Jon McCalla
US DISTRICT COURT