IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

| | |
|---|---|
| GLORIA HARRELL, | ) |
| Plaintiff | ) |
| vs. | ) Civil Action No. 05-2204 MI/P |
| NO. 1 USED CARS, | ) |
| Defendant | ) |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Upon the representation of the parties that they have settled and resolved all of the issues in this, the parties, by signature of their counsel below, hereby stipulate that this cause should be dismissed with prejudice and that neither party shall request the assessment of court costs or discretionary costs.

IT IS THEREFORE ORDERED that this cause be and is hereby DISMISSED, with prejudice. No costs shall be applied for by the parties.

Enter:

s/Jon P. McCalla
United States District Judge

Consented To and Approved For Entry:

Attorneys For Plaintiff:

ESKINS, KING & SEVIER

By:   /s/ James E. King
      James E. King 21219
      50 North Front Street, Suite 770
      Memphis, TN 38103
      901-578-6902

Attorneys For Defendant:

WILKERSON GAULDIN HAYES & JENKINS

By:   /s/Mark L. Hayes
      Mark L. Hayes 9988
      P.O. Box 220, 112 W. Court St.
      Dyersburg, Tennessee 38025-0220
      731-286-2401